# Third District Court of Appeal

## State of Florida

Opinion filed November 24, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1189
Lower Tribunal No. 18-15508 CC
_____

**City of Miami,**
Appellant,

vs.

**United Automobile Insurance Company,**
Appellee.

An appeal from a non-final order from the County Court for Miami-Dade County, Myriam Lehr, Judge.

Victoria Méndez, City Attorney, and Eric J. Eves, Assistant City Attorney, for appellant.

Law Offices of Gary Kornfield, P.A., and Gary Kornfield (Hollywood), for appellee.

Before SCALES, HENDON, and MILLER, JJ.

PER CURIAM.

Affirmed.  See § 627.7405(1), Fla. Stat. (2021); Lee Cnty. Sch. Bd. v. State Farm Mut. Auto. Ins. Co., 276 So. 3d 352, 356 (Fla. 2d DCA 2019).